NOTICE: NOT FOR PUBLICATION.
UNDER ARIZ. R. SUP. CT. 111(c), THIS DECISION DOES NOT CREATE LEGAL PRECEDENT
AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ADELMO ARTURO DURAN-FELIX, *Petitioner*.

No. 1 CA-CR 12-0676 PRPC
FILED 03/11/2014

Petition for Review from the Superior Court in Maricopa County
No. CR2010-104369-001
The Honorable Kristin C. Hoffman, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Arizona Attorney General, Phoenix
By  Joseph T. Maziarz
*Counsel for Respondent*

Adelmo Arturo Duran-Felix, Douglas
*Petitioner*

**MEMORANDUM DECISION**

Judge Lawrence F. Winthrop delivered the decision of the Court, in which
Presiding Judge Patricia A. Orozco and Judge Kenton D. Jones joined.

**WINTHROP, Judge:**

**¶1**     Adelmo Arturo Duran-Felix petitions this court for review of the dismissal of his petition for post-conviction relief. For the reasons stated, we grant review but deny relief.

**¶2**     Duran-Felix pled guilty to attempted kidnapping and theft by extortion. As stipulated in the plea agreement, the trial court sentenced Duran-Felix to a mitigated term of seven years' imprisonment for attempted kidnapping and placed him on three years' probation for theft.

**¶3**     Duran-Felix waited over two years to file his first notice of post-conviction relief. The trial court summarily dismissed the notice as untimely, and Duran-Felix now seeks review. We have jurisdiction pursuant to Arizona Rule of Criminal Procedure 32.9(c).

**¶4**     Duran-Felix argues he should be allowed to file a delayed petition for post-conviction relief pursuant to Rule 32.1(f) because he does not understand English and did not know he had to file his notice of post-conviction relief within ninety days after the entry of judgment and sentence. *See* Ariz. R. Crim. P. 32.4(a).

**¶5**     We deny relief. The trial court provided a written Notice of Rights of Review to Duran-Felix at sentencing, and Duran-Felix personally signed that notice. The notice informed Duran-Felix of his post-conviction rights and all the applicable deadlines. Further, Duran-Felix worked with an interpreter throughout the proceedings, including at the sentencing hearing when the court provided the notice and Duran-Felix signed it.

**¶6**     Although the petition for review presents additional issues, Duran-Felix did not raise those issues in the notice of post-conviction relief he filed below. A petition for review may not present issues not first presented to the trial court. *See State v. Bortz*, 169 Ariz. 575, 577, 821 P.2d 236, 238 (App. 1991); Ariz. R. Crim. P. 32.9(c)(1)(ii).

**¶7**     For the above reasons, we grant review and deny relief.

